IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GARRETT JEFFERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 5:23-CV-350 (CAR) |
| | : | |
| HONORABLE FRANK KENDALL, | : | |
| SECRETARY OF THE AIR FORCE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER DISMISSING CASE

On May 29, 2024, the Court ordered Plaintiff Garrett Jefferson to show cause why his case should not be dismissed for failure to perfect service of process on the Defendant pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Plaintiff was given seven days from the date of the Order in which to respond. As of the date of this Order, Plaintiff has failed to respond. Therefore, Plaintiff's case is hereby **DISMISSED without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED,** this 23rd day of July, 2024.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT